IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ASHLEY A. PARKS,

    Plaintiff,

vs.                                            Case No.:  2:13-cv-1099
                                              JUDGE GEORGE C. SMITH
                                              Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

On October 17, 2014, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) and that this action be **REMANDED** for further proceedings.  (*Report and Recommendation*, Doc. No. 21).  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the *Report and Recommendation* is hereby **ADOPTED**.  The decision of the Commissioner is hereby **REVERSED AND REMANDED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings as set forth in detail in the *Report and Recommendation*.

The Clerk shall remove Document 21 from the Court's pending motions list and remand this case in accordance with the *Report and Recommendation*.

    **IT IS SO ORDERED.**

                                                                   */s/ George C. Smith*_____
                                                                   GEORGE C. SMITH, JUDGE
                                                                   UNITED STATES DISTRICT COURT