IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ASHLEY A. PARKS,

    Plaintiff,

vs.                                                    Case No.:  2:13-cv-1099
                                                             JUDGE GEORGE C. SMITH
                                                             Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

On January 9, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion for Attorney Fees be **GRANTED IN PART**.  Specifically, the Report and Recommendation recommended that Plaintiff be awarded an attorney fee award of $6,348.65 pursuant to the Equal Access to Justice Act.  (*See Report and Recommendation*, Doc. No. 25).  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the *Report and Recommendation* is hereby **ADOPTED**.  Plaintiff is hereby awarded attorney fees in the amount of $6,348.65 pursuant to the EAJA.  The fees shall be paid directly to Plaintiff, not her attorney as she requested.

The Clerk shall remove Documents 24 and 25 from the Court's pending motions list.

    **IT IS SO ORDERED.**

                                                        */s/ George C. Smith*
                                                        GEORGE C. SMITH, JUDGE
                                                        UNITED STATES DISTRICT COURT